AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MICHAEL R. DEPPE

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1644-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 2/13/04 in Worcester county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense)

having devised and executed a scheme to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted, by means of wire communications, in interstate commerce, writings, signals and sounds, for the purpose of executing the scheme to defraud

in violation of Title 18 United States Code, Section(s) 1343

I further state that I am a(n) Postal Inspector and that this complaint is based on the following facts:

Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

02-04-2005                                    at    Worcester, Massachusetts
Date                                                City and State

Honorable Charles B. Swartwood, III
U.S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.