UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

Sheryl L. Loesch
Clerk

Eric Hogue
Jacksonville Division Manager
(904)549-1900

February 10, 2005

Clerk, United States District Court
502 Harold D. Donohue Federal Building
  and United States. Courthouse
595 Main Street
Worcester, MA  01608-2076

   Re:   Transfer of Criminal Case - Magistrate No. 3:05-M-0036-TEM
         United States v. Michael R. Deppe; 05-1644-CBS

Dear Sir:

   Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are certified copies of the following: orders, waiver of removal along with copies of all other pertinent papers.

   Please acknowledge receipt of these documents on the bottom of the copy of this letter and return the copy to this office.  Thank you.

SHERYL L. LOESCH, CLERK

BY: ___Marlene Kerley___
         DEPUTY CLERK

Enclosures

**ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS**

   This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _____.

                              By: _____
                                  _____

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
300 NORTH HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4271

MK 2-17-05

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Sheryl L. Loesch
Clerk

Eric Hogue
Jacksonville Division Manager
(904)549-1900

February 10, 2005

Clerk, United States District Court
502 Harold D. Donohue Federal Building
  and United States. Courthouse
595 Main Street
Worcester, MA   01608-2076

      Re:  Transfer of Criminal Case - Magistrate No. 3:05-M-0036-TEM
United States v. Michael R. Deppe; 05-1644-CBS

Dear Sir:

    Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are certified copies of the following: orders, waiver of removal along with copies of all other pertinent papers.

    Please acknowledge receipt of these documents on the bottom of the copy of this letter and return the copy to this office.  Thank you.

SHERYL L. LOESCH, CLERK

BY: _____
DEPUTY CLERK

Enclosures

**ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS**

This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _____.

By: _____

_____



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| MICHAEL R. DEPPE | CASE NO. 3:05-M-0036-TEM |

## CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Warrant for Arrest | 18 U.S.C. §1343 | District of Massachusetts |
| | | 05-1644-CBS |
| Description: Wire Fraud | | |

## PROCEEDINGS

| BOND STATUS: | Defendant waived identity hearing and reserved his right to have detention hearing held in the charging district. Defendant request preliminary hearing to be held in the charging district. |
|---|---|
| COUNSEL: | Federal Public Defender |
| INTERPRETER: | Not required |

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: *Marlene Herley*
Deputy Clerk

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **Michael R. Deppe** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 9, 2004
*U.S. Marshal*

*Thomas E. Morris*
THOMAS E. MORRIS
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

AO 94 (Rev. 8/97) Commitment to Another District

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA
   v.

MICHAEL R. DEPPE

Case No.: 3:05-M-0036-TEM

## WAIVER OF RULE 5(c)(3) HEARINGS

I, MICHAEL R. DEPPE, understand that charges are pending in the District of Massachusetts alleging violation of 18 U.S.C. §1343 and that I have been arrested in this district and taken before a United States magistrate judge, who informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the Complaint;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

☐ identity hearing

☐ preliminary hearing

☐ Identity hearing and have been informed I have no right to a preliminary hearing

☑ Identity hearing and reserve my right to have the detention hearing held in the prosecuting district

☑ identity hearing but request a preliminary hearing to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: _Marlene Kirby_
Deputy Clerk

X _Michael R. Deppe_
MICHAEL R. DEPPE

_James H. Burke, Jr._
Counsel for the Defendant

2/7/2005
February 7, 2005



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                     CASE NO. 3:05-M-0036-TEM

MICHAEL R. DEPPE

## ORDER

The Court has examined the defendant, **MICHAEL R. DEPPE**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and the **Federal Public Defender** is hereby appointed to represent the defendant for the proceedings in this Division.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of February, 2005.

_____
THOMAS E. MORRIS
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Gallagher)
Asst. Federal Public Defender (Burke)

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.

Michael R. Deppe

Case No. 3:05-M-0036TEM

Defense Attorney: James H. Burke
AUSA: Michael Gallagher

| JUDGE | THOMAS E. MORRIS U. S. Magistrate Judge | DATE AND TIME | 2-7-05  2:30 - 3:21 |
|---|---|---|---|
| DEPUTY CLERK | Carol J. Holliman | TAPE/REPORTER | DIGITAL |
| INTERPRETER | | PRETRIAL/PROBATION: | Patrick Sheridan |

## CLERK'S MINUTES
**PROCEEDINGS:** <u>INITIAL APPEARANCE/REMOVAL ON WARRANT OUT OF</u>

___ Court requested counsel to be present for possible appointment..
___ Interpreter sworn.
___ Deft. appeared with retained counsel.
✓ Deft. arrested by St Johns Sheriff on 2-4-05 on warrant from Mass. on
___ Indictment ___ Information ✓ Complaint ___ violation of ___ supervised release ___ probation. out of Mass.
✓ Deft. requested court appointed counsel. ✓ Deft. placed under oath. ___ Based on financial affidavit. Court appoints
F.P.D. _____ with reimbursement upon motion of the govt. -ORDER
TO ENTER. for purposes of this hearing.

✓ Deft. ✓ advised of rights, charges, penalties and special assessment. ___ advised of rights, charges, penalties of violation of
___ supervised release ___ probation.

✓ Govt. oral motion for ✓ detention ___ bond. ___ Govt. ___ Deft. ___ Joint continuance of detention hearing -GRANTED/DENIED.
___ Detention hearing set before Magistrate Judge Morris on _____ - ORDER OF
**TEMPORARY DETENTION TO ENTER.**

___ Detention hearing held. Deft. witnesses: _____ ___ Defendant ordered detained - ORDER OF
**DETENTION TO ENTER** ___ Govt.'s motion for detention **DENIED.**

___ Govt. recommended bond - ___ **BOND** set at _____
**SEE ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**

✓ Deft. requested to waive ✓ identity hearing ✓ detention ✓ preliminary examination to be held in the charging district.

✓ Deft. and counsel executed waiver of Rule 40 Hearings

✓ Deft ordered removed to the charging district.

✓ **ORDER OR REMOVAL TO ENTER**

**OTHER:** _____

**FILED IN OPEN COURT:**
✓ Waiver of Rule 40 Hearings
___ CJA23 Financial Affidavit

H:\chollima\MINUTES\removal.minutes.min.wpd

# U.S. District Court
## Middle District of Florida (Jacksonville)
### CRIMINAL DOCKET FOR CASE #: 3:05-mj-00036-TEM-ALL
### Internal Use Only

Date Filed: 02/07/2005

Case title: USA v. Deppe

Assigned to: Magistrate Judge Thomas E. Morris

**Defendant**

Michael R. Deppe (1)
*CUSTODY*

represented by  James H. Burke, Jr.
Federal Defender's Office
200 W. Forsyth St., Suite 1240
Jacksonville, FL 32202
904/232-3039
Fax: 904/232-1937
Email: jim_burke@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Disposition**

**Pending Counts**

None

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

**Highest Offense Level (Opening)**

None

**Disposition**

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

**Disposition**

**Complaints**

18:1343.F Fraud by Wire, Radio or Television

**Plaintiff**

USA

represented by  Michael F. Gallagher

U.S. Attorney's Office
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202
904/301-6300
Email: michael.gallagher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2005 | 1 | Minute Entry for proceedings held before Judge Thomas E. Morris:INITIAL APPEARANCE/REMOVAL hearing held on February 7, 2005 as to Michael R. Deppe Defendant advised of rights. (Tape #digital) (MK) (Entered: 02/17/2005) |
| 02/07/2005 | 2 | ORAL MOTION to appoint counsel by Michael R. Deppe. (MK) (Entered: 02/17/2005) |
| 02/07/2005 | 3 | ORAL MOTION for detention by USA as to Michael R. Deppe. (MK) (Entered: 02/17/2005) |
| 02/07/2005 | 4 | ORDER granting [2] Oral Motion to appoint counsel as to Michael R. Deppe. James H. Burke, Jr for Michael R. Deppe appointed. Signed by Judge Thomas E. Morris on February 7, 2005. (MK) (Entered: 02/17/2005) |
| 02/07/2005 | 5 | WAIVER of rule 5(c)(3) hearings by Michael R. Deppe (MK) (Entered: 02/17/2005) |
| 02/07/2005 |  | Arrest - Rule 5(c)(3) of Michael R. Deppe from District of Massachusetts on charges of Fraud by Wire, Radio or Television (MK) (Entered: 02/17/2005) |
| 02/09/2005 | 6 | COMMITMENT to another district as to Michael R. Deppe. Defendant committed to District of Massachusetts. Signed by Judge Thomas E. Morris on February 9, 2005. (MK) (Entered: 02/17/2005) |
| 02/17/2005 | 7 | TRANSFER of Rule(5)(c)(3) documents to District of Massachusetts as to Michael R. Deppe consisting of certified copies of orders, waiver of 5(c)(3) hearings and copies of all other pertinent documents. (MK) (Entered: 02/17/2005) |